IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL RUFFIN,
    Petitioner,

v.                                                            Case No. 4:14cv509-MW/CAS

JULIE L. JONES, Secretary,
Florida Department of Corrections,

    Respondent.
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation to Dismiss Amended § 2254 Petition. ECF No. 16. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's motion to dismiss, ECF No. 11, is **GRANTED**, the amended § 2254 petition for writ of habeas corpus, ECF No. 5 is **DISMISSED**, a certificate of appealability is **DENIED**, and

leave to appeal *in forma pauperis* is **DENIED**."  The Clerk shall close the file.

    **SO ORDERED on December 31, 2015.**

                                        <u>**s/Mark E. Walker**</u>
                                        **United States District Judge**